1  FRED G. MEIS, ESQ., STATE BAR NO. 030712
   JOSEPH JAMES POPPEN, ESQ., STATE BAR NO. 239282
2  TABATHA YIN, ESQ., STATE BAR NO. 246197
   ABIGAIL M. MORRIS, ESQ., STATE BAR NO. 223278
3  MEIS & ASSOCIATES
   100 Bush Street, Suite 1800
4  San Francisco, CA 94104-3920
   Telephone: (415) 981-4612
5  Facsimile: (415) 398-5060

6  Attorneys for Plaintiff
   VERONICA A. HARRISON
7

8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11
12 VERONICA A. HARRISON,           )   Case No. C07-00921 CW
                                   )
13         Plaintiff,              )
                                   )   STIPULATION AND [PROPOSED]
14     v.                          )   ORDER GRANTING EXTENSION OF
                                   )   TIME TO ADD ADDITIONAL PARTIES
15                                 )   OR CLAIMS
   THE CITY OF OAKLAND, OAKLAND    )
16 POLICE DEPARTMENT and DOES 1 to )
   100 Inclusive,                  )
17                                 )
                                   )
18         Defendants.             )
                                   )
19
20     IT IS HEREBY STIPULATED by and between Plaintiff VERONICA HARRISON and

21 Defendant THE CITY OF OAKLAND through their attorneys of record that the time to add

22 additional parties or claims to the present case shall be extended to November 15, 2007.

23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

                                                                            1
STIPULATION TO EXTEND TIME TO ADD PARTIES AND CLAIMS

The above stipulation is made in consideration of Plaintiff's intent, upon the addition of additional parties, to dismiss all causes of action stated against defendants The City of Oakland and the Oakland Police Department.

DATED: 9/18, 2007

MEIS & ASSOCIATES

BY: _____
Abigail M. Morris
Attorney for Plaintiff
VERONICA A. HARRISON

DATED: 17 Sept, 2007

OAKLAND CITY ATTORNEY'S OFFICE

BY: _____
Arlene M. Rosen
Attorneys for Defendant
CITY OF OAKLAND

[PROPOSED ORDER]

Pursuant to the Stipulation above, the time to add additional parties or claims to the present case is extended to November 15, 2007.

IT IS SO ORDERED:

DATED: 9/20/07

_____
UNITED STATES DISTRICT JUDGE