FRED G. MEIS, ESQ., STATE BAR NO. 030712
JOSEPH JAMES POPPEN, ESQ., STATE BAR NO. 239282
TABATHA YIN, ESQ., STATE BAR NO. 246197
ABIGAIL M. MORRIS, ESQ., STATE BAR NO. 223278
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104-3920
Telephone: (415) 981-4612
Facsimile: (415) 398-5060

Attorneys for Plaintiff
VERONICA A. HARRISON

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and DOES 1 to 100 Inclusive,<br><br>Defendants. | Case No. C07-00921 CW<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file and Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant

1 | THE CITY OF OAKLAND to the original complaint shall be responsive to the amended
2 | complaint.
3 |
4 |
5 | IT IS SO STIPULATED:
6 |
7 | DATED: 11/7, 2007                MEIS & ASSOCIATES
8 |
9 |                                  BY: /s/ Abigail M. Morris
                                     Abigail M. Morris
                                     Attorney for Plaintiff
10 |                                  VERONICA A. HARRISON
11 |
12 | DATED: Nov 6, 2007              OAKLAND CITY ATTORNEY'S OFFICE
13 |
14 |                                  BY: /s/ Arlene M. Rosen
                                     Arlene M. Rosen
15 |                                  Attorneys for Defendant
                                     CITY OF OAKLAND
16 |
17 |
18 |
19 |
20 |
21 | NOV 1 4 2007  IT IS SO ORDERED:
22 |                                  UNITED STATES DISTRICT JUDGE
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATION FOR FILING OF AMENDED COMPLAINT                                           2