```
 1  FRED G. MEIS, ESQ., STATE BAR NO. 030712
    JOSEPH JAMES POPPEN, ESQ., STATE BAR NO. 239282
 2  TABATHA YIN, ESQ., STATE BAR NO. 246197
    ABIGAIL M. MORRIS, ESQ., STATE BAR NO. 223278
 3  MEIS & ASSOCIATES
    100 Bush Street, Suite 1800
 4  San Francisco, CA 94104-3920
    Telephone:  (415) 981-4612
 5  Facsimile:  (415) 398-5060

 6  Attorneys for Plaintiff
    VERONICA A. HARRISON
 7
```

**FILED**

**NOV 1 4 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. HARRISON, | Case No. C07-00921 CW |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| THE CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and DOES 1 to 100 Inclusive, | |
| Defendants. | |

\\
\\
\\
\\
\\
\\
\\
\\

---

STIPULATION OF DISMISSAL                                                                                       1

1  IT IS HEREBY STIPULATED by and between the parties hereto through their
2  respective attorneys of record that the above-captioned action be and hereby is dismissed
3  without prejudice as to defendants The City of Oakland and Oakland Police Department
4  only pursuant to FRCP 41(a)(1).
5
6  DATED: 11\13, 2007         MEIS & ASSOCIATES
7
8
9                              BY: _____
                                    Abigail M. Morris
10                                  Attorney for Plaintiff
                                    VERONICA A. HARRISON
11
12
13 DATED: November/2007       OAKLAND CITY ATTORNEY'S OFFICE
14
15                              BY: _____
16                                  Arlene M. Rosen
                                    Attorneys for Defendant
17                                  CITY OF OAKLAND
18
19                                                NOV 1 4 2007
20                              IT IS SO ORDERED:
21                              _____
                                UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL                                              2