UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. HARRISON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT; COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; GREGORY J. AHERN, individually and in his official capacities as sheriff for the COUNTY OF ALAMEDA; CHARLES PLUMMMER, individually and in his former official capacities as sheriff for the COUNTY OF ALAMEDA; RICHARD BUCKOUT, individually and in his official capacities as a sheriff's deputy for the COUNTY OF ALAMEDA; ANDREW BROSI, individually and in his official capacities as a sheriff's deputy for the COUNTY OF ALAMEDA; SIERRY WILHELM, individually and in his official capacities as a sheriff's deputy for the COUNTY OF ALAMEDA and DOES 1 to 100 inclusive,<br><br>    Defendants. | Case No.: C 07-00921 CW<br><br>**ORDER REGARDING SERVICE, RESPONSIVE PLEADINGS, VACATION OF TRIAL AND RELATED DATES AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE AS MODIFIED**<br><br><br>First Amended Complaint Filed: November 7, 2007 |

Good case appearing therefore, and the parties having so stipulated, the court hereby order as follows:

That service of the summons and first amended complaint upon defendants RICHARD BUCKOUT, ANDREW BROSI and SIERRY WILHELM shall be deemed effective on December 21, 2007.

-1-

| | |
|---|---|
| 1 | That pleadings responsive to the first amended complaint shall be filed on behalf of |
| 2 | defendants RICHARD BUCKOUT, ANDREW BROSI and SIERRY WILHELM on or before |
| 3 | January 10, 2008. |
| 4 | That the case management conference set for January 31, 2008 is continued to March 25, |
| 5 | 2008 at 2:00 p.m. |
| 6 | That the parties shall make initial Rule 26 disclosures and file a joint case management |
| 7 | conference statement no later than March 13, 2008. |
| 8 | That the parties shall comply with ADR Local Rule 3-5b no later than March 1, 2008. |
| 9 | That the trial, pretrial, discovery cutoff and expert disclosure dates set forth in the court's |
| 10 | June 5, 2007 case management order are hereby vacated and will be reset at the time of the |
| 11 | continued case management conference. |

IT IS SO ORDERED

DATED: 1/3/08

_____
CLAUDIA WILKEN
United States District Judge

GJR01/421729

-2-

(PROPOSED) ORDER RE SERVICE, PLEADINGS, TRIAL DATE & CASE MANAGEMENT CONFERENCE
*Veronica A. Harrison vs. The City of Oakland, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 07-00921 CW