FRED G. MEIS, ESQ. (SBN 030712)
LEON V. ROUBINIAN, ESQ. (SBN 226893)
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104-3920
Telephone: (415) 981-4612
Fax: (415) 398-5060
fredgmeis@hotmail.com
roubinian@gmail.com

Attorneys for Plaintiff

GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA; GREGORY J. AHERN,
CHARLES PLUMMER, and SIERRY WILHELM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. HARRISON,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT; COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; GREGORY J. AHERN, individually and in his official capacities as sheriff for the COUNTY OF ALAMEDA; CHARLES PLUMMMER, individually and in his former official capacities as sheriff for the COUNTY OF ALAMEDA; RICHARD BUCKOUT, individually and in his official capacities as a sheriff's deputy for the COUNTY OF ALAMEDA; ANREW BROSI, individually and in his official capacities as a sheriff's deputy for the COUNTY OF ALAMEDA; | Case No.: C 07-00921 CW<br><br>[PROPOSED]<br>ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE TO AUGUST 25, 2008<br><br>First Amended Complaint Filed: November 7, 2007 |

-1-

**ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE**
*Veronica A. Harrison vs. The City of Oakland, et al.; U.S.D.C.-N. Dist. of CA Case No. C 07-00921 CW*

1  SIERRY WILHELM, individually and in his )
   official capacities as a sheriff's deputy for the )
2  COUNTY OF ALAMEDA and DOES 1 to )
   100 inclusive, )
3                                      )
              Defendants. )
4  _____)

6  The parties having agreed and stipulated, with the consent and approval of the mediator,
7  Christopher Johns, that mediation of this case will be conducted on August 15, 2008, and good
8  cause appearing therefor, the Court hereby ORDERS as follows:
9  The current deadline to complete mediation of June 25, 2008, is **HEREBY EXTENDED**
10 for sixty (60) days, up to and including **August 25, 2008.**
11 **PURSUANT TO STIPULATION, SO ORDERED.**

13 DATED:  6/27/08

15 By: _____
16      CLAUDIA WILKEN
        UNITED STATES DISTRICT
17      JUDGE

18 25252\435690

-2-

**ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE**
*Veronica A. Harrison vs. The City of Oakland, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 07-00921 CW