IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA A. HARRISON,

    Plaintiff,

  v.

THE CITY OF OAKLAND, et al.

    Defendants.
                                       /

No. 07-00921 CW

ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE PURSUANT TO L.R. 6-3

    On January 9, 2009, Defendants filed a Motion for Extension of Time to File Notice of Cross-Appeal.  The motion will be considered pursuant to Local Rule 6-3.  Accordingly,

    IT IS HEREBY ORDERED that opposition to the motion will be due January 14, 2009; thereafter, the motion will be deemed submitted and no hearing will be held.

Dated  1/13/08

CLAUDIA WILKEN
United States District Judge